IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THIRD DEGREE FILMS, INC.,
*Plaintiff*,                                  \*
                      \*
                      \*
v.                                            \*
                      \*
                      \*   Civil No. JFM 8:12-cv-00349
                      \*
DOES 1–53,                                    \*
*Defendants*.                                 \*
                      \*\*\*\*\*\*

ORDER

For the reasons stated in the accompanying Opinion, it is, this 4th day of April 2012

ORDERED

1. All Doe defendants are SEVERED from this action, except Doe defendant #1.

2. Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) conference (ECF No. 3) is GRANTED.

3. Plaintiff's claims against severed Doe defendants are DISMISSED without prejudice.

4. All subpoenas seeking severed defendants' personal identifying information are QUASHED.

5. Plaintiff SHALL IMMEDIATELY NOTIFY subpoena recipients that the subpoenas have been quashed and that Doe defendants, except Doe #1, have been severed and are not litigants in this case.

6. ISPs shall file, under seal, copies of all notices sent to Doe defendants pursuant to paragraph 5 above.

7. Moving forward, all documents filed in this action that contain Doe #1's identifying information shall be filed under seal.

        /s/

J. Frederick Motz  
United States District Judge